E-filing

GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415)433-3476
Facsimile: (415)296-8734

Attorney for Defendant
**CHRISTIAN BARRAGAN**

IN THE UNITED STATES MAGISTRATE COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-03-20097 JF  3-06-70797 mag |
| Plaintiff, | **STIPULATION TO CONTINUE BAIL REVOCATION HEARING AND [PROPOSED] ORDER** |
| v. | |
| CHRISTIAN BARRAGAN, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney, Timothy Lucey and counsel for the Defendant, Christian Barragan, Gilbert Eisenberg, Esq., that the date set for the bail revocation hearing be continued from March 30, 2007 to April 11, 2006 at 2:00 p.m. This continuance is necessary to allow the parties to present a joint resolution for the disposition of this matter, thereby eliminating the need for a evidentiary hearing..

Dated this 29th day of March, 2007.

    /s/ Timothy Lucey
    TIMOTHY LUCEY
    Assistant United States Attorney

Dated this 29th day of March, 2007.

    /s/Gilbert Eisenberg

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER

1   GILBERT EISENBERG, Esq.
    Counsel for Christian Barragon

2

3   GOOD CAUSE APPEARING,

4   IT IS ORDERED that the date set for the bail revocation hearing on this case be continued

5   from March 30, 2007 to April 11, 2007.

6   Dated this 30 day of March 2007.

7

8   BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER   2